No. 76–6367.   GOULD *v.* GAVETT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 76–6374.   CURTIS ET AL. *v.* TOWNSEND ET UX.   App. Ct. Ill., 3d Dist.   Certiorari denied.

No. 76–6378.   ZATKO *v.* CALIFORNIA ET AL.   C. A. 9th Cir. Certiorari denied.

No. 76–6385.   SMITH *v.* HEWITT, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 76–6414.   BREWER *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 76–6443.   BIRCH ET AL. *v.* CAREY, GOVERNOR OF NEW YORK, ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 76–6462.   LAIRD *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–6467.   YOUNG *v.* HOGAN, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 76–6468.   HILL *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–6471.   HERNDON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–6476.   MURRAY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 76–6487.   VITALE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 76–6489.   DeLaMOTTE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.